# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK A. STIE, | ) |
|     Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 17-CV-00287-JED-FHM ) |
| GREEN COUNTRY AIRCRAFT, LLC., a domestic for profit company, GREEN COUNTRY AIRCRAFT EXHAUST, INC., a domestic for profit company, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear his or its own costs and attorneys' fees in connection herewith.

Respectfully submitted by:

| | |
|---|---|
| */s/Daniel E. Smolen* | */s/ Tom Hillis\** |
| Daniel E. Smolen, OBA #19943 | R. Tom Hillis, OBA #12338 |
| Lauren G. Lambright, OBA #22300 | Shannon P. Wheeler, OBA #22125 |
| SMOLEN, SMOLEN & ROYTMAN, PLLC | TITUS HILLIS REYNOLDS LOVE |
| 701 South Cincinnati Avenue | 15 East 5th Street, Suite 3700 |
| Tulsa, Oklahoma 74119 | Tulsa, OK 74103 |
| Telephone (918) 585-2667 | (918) 587-6800 |
| Facsimile (918) 585-2669 | FAX: (918) 587-6822 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

*\*Signed by filing attorney with permission of counsel*